NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NSK CORPORATION, NSK LTD.,
AND NSK EUROPE LTD.,**
*Plaintiffs-Appellees,*

AND

**FAG ITALIA, S.P.A., SCHAEFFLER GROUP USA,
INC., SCHAEFFLER KG, THE BARDEN
CORPORATION, AND THE BARDEN
CORPORATION (U.K.) LTD.,**
*Plaintiffs-Cross Appellants,*

AND

**JTEKT CORPORATION AND
KOYO CORPORATION OF U.S.A.,**
*Plaintiffs-Appellees,*

AND

**SKF AEROENGINE BEARINGS UK AND SKF USA
INC.,**
*Plaintiffs-Cross Appellants,*

v.

**UNITED STATES INTERNATIONAL TRADE
COMMISSION,**
*Defendant-Appellant,*

AND

**THE TIMKEN COMPANY,**
*Defendant-Appellant.*

---

2011-1362, -1382, -1383, -1454

---

Appeals from the United States Court of International Trade in consolidated case nos. 06-CV-0334, 06-CV-0335, and 06-CV-0336, Judge Judith M. Barzilay.

---

## ON MOTION

---

## ORDER

The United States International Trade Commission and The Timken Company move without opposition for a 31-day extension of time, until March 26, 2012, to file their response/reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

JAN HORBALY
CLERK

cc:  Neil R. Ellis, Esq.
     Robert A. Lipstein, Esq.
     Max F. Schutzman, Esq.
     Herbert C. Shelley, Esq.
     Eric P. Salonen, Esq.
     David A.J. Goldfine, Esq.

s21